UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS TORO,

                    Plaintiff,

       - against -

UNITED TACTICAL SYSTEMS, LLC,

                   Defendant.

22-cv-10717 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for April 18, 2023 is **canceled**.

SO ORDERED.

Dated:     New York, New York
           April 11, 2023

                                John G. Koeltl
                    United States District Judge